UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SARAH AMNA FARHAT, ) | Case No. SACV 8:14-cv-01160 MAN |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT OF REMAND** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court having approved the parties' Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g) And To Entry Of Judgment ("Stipulation To Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation To Remand.

DATED: March 5, 2015

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE