# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA AMNA FARHAT, | NO. SACV 14-1160 MAN |
| Plaintiff, | |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **ORDER AWARDING EAJA FEES** |
| Defendant. | |

Based upon the Stipulation For Award Of EAJA Fees ("Stipulation"), which was filed on May 4, 2015, IT IS ORDERED that fees in the amount of $1,000.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

Dated: May 5, 2015

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE